UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET MARY WOLFE,

       Plaintiff,

v.

       Case No. 10-12058
       Hon. Gerald E. Rosen
       Magistrate Judge R. Steven Whalen

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    June 27, 2011

PRESENT: Honorable Gerald E. Rosen
                Chief Judge, United States District Court

On April 15, 2011, Magistrate Judge R. Steven Whalen issued a Report and Recommendation ("R & R") recommending that the Court grant Plaintiff Margaret Mary Wolfe's motion for summary judgment, deny the Defendant Commissioner of Social Security's motion for summary judgment, and remand this case for further proceedings under sentence four of 42 U.S.C. § 405(g). No objections have been filed to the R & R. Upon reviewing the R & R, the parties' cross-motions for summary judgment, and the record as a whole, the Court fully concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's April 15, 2011 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Plaintiff's motion for summary judgment (docket #8) is GRANTED, to the extent that the Defendant Commissioner's decision denying benefits is reversed and this case is remanded for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  Finally, IT IS FURTHER ORDERED that Defendant's motion for summary judgment (docket #9) is DENIED.

                        s/Gerald E. Rosen
                        Chief Judge, United States District Court

Dated:  June 27, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 27, 2011, by electronic and/or ordinary mail.

                        s/Ruth A. Gunther
                        Case Manager